

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2021

No. 04-21-00281-CV

**IN THE INTEREST OF Z.M.M., A CHILD**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0370-CV-A
Honorable Thomas Nathaniel Stuckey, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due on August 16, 2021, and appellant filed a motion requesting a twenty-day extension of time.

After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by September 7, 2021**. **Appellant is advised that further extensions of time will be disfavored**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2021.



_____
Michael A. Cruz,
Clerk of Court